AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | | |
|---|---|---|
| Luis Saltos Jaramillo, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 22cv4493 |
| NYC American Management Inc., and 37-68 97th Street LLC, | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  NYC American Management Inc., and
37-68 97th Street LLC
37-68 97th Street, Corona, NY 11368


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Abdul Hassan Law Group, PLLC
215-28 Hillside Avenue
Queens Village, NY 11427


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


BRENNA B. MAHONEY
*CLERK OF COURT*

Date: 8/1/2022

/s/Priscilla Bowens
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF NEW YORK | Purchased/Filed: August 1, 2022<br>Index # 1:22-cv-04493-BMC |

*Luis Saltos Jaramillo*  Plaintiff

against

*NYC American Management Inc., and 37-68 97th Street LLC*  Defendant

STATE OF NEW YORK  SS.:
COUNTY OF ALBANY

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____August 2, 2022_____, at ___11:00 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint

on

_____NYC American Management Inc._____, the Defendant in this action, by delivering to and leaving with _____Nancy Dougherty_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, 2 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee 40 dollars; That said service was made pursuant to Section 306 Business Corporation Law. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__  Approx. Wt: __130lbs__  Approx. Ht: __5'3"__
Color of skin: __White__  Hair color: __Black__  Sex: __Female__  Other: _____

Sworn to before me on this
__2nd__ day of August 2022

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

James Perone
Attny's File No.
Invoice•Work Order # S1880470

*SERVICO. INC.. P.O. BOX 871. ALBANY. NY 12201*

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE EASTERN DISTRICT OF NEW YORK | Purchased/Filed: August 1, 2022<br>Index # 1:22-cv-04493-BMC |

*Luis Saltos Jaramillo* — Plaintiff

against

*NYC American Management Inc., and 37-68 97th Street LLC* — Defendant

STATE OF NEW YORK
COUNTY OF ALBANY  SS.:

_____ James Perone _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __ August 2, 2022 __, at __ 11:00 AM __, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint

on

_____ 37-68 97th Street LLC _____, the Defendant in this action, by delivering to and leaving with _____ Nancy Dougherty _____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served: Approx. Age: __55-60__  Approx. Wt: __130lbs__  Approx. Ht: __5'3"__
Color of skin: __White__  Hair color: __Black__  Sex: __Female__  Other: _____

Sworn to before me on this
__2nd__ day of August 2022

SCOTT SCHUSTER
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SC6308636
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES JULY 28, 2026

James Perone
**Attny's File No.**
Invoice•Work Order # S1880471

***Servico, Inc.. P.O. Box 871. Albany. NY 12201***