**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| LUIS SALTOS JARAMILLO,<br><br>   Plaintiff,<br><br>  -against-<br><br>NYC AMERICAN MANAGEMENT INC., AND 37-68 97th STREET LLC,<br><br>   Defendants. | **Case #1:22-CV-04493-BMC**<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of this Court and all counsel of record:

 I am admitted to practice in this Court, and I appear as counsel for Defendants NYC AMERICAN MANAGEMENT INC. and 37-68 97TH STREET LLC, (collectively "Defendants"). Please direct all future correspondence to the address below.

Dated: August 22, 2022
   Orangeburg, NY

             **GREENWALD DOHERTY LLP**

      By:  /s/ *George Vallas*
         George D. Vallas, Esq.
         30 Ramland Road, Suite 201
         Orangeburg, New York 10962
         Tel: (212) 644-1310
         Fax: (845) 638-2707
         GV@GreenwaldLLP.com
         *Attorneys for Defendants*