UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS SALTOS JARAMILLO,<br><br>    Plaintiff,<br><br>  -against-<br><br>NYC AMERICAN MANAGEMENT INC., AND 37-68 97th STREET LLC,<br><br>    Defendants. | Case #1:22-CV-04493-BMC |

## DEFENDANTS' RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants NYC AMERICAN MANAGEMENT INC., and 37-68 97TH STREET LLC states the following:

Defendant NYC American Management Inc. does not have a parent corporation, nor is there any publicly held corporation that owns 10 percent or more of its stock.

Defendant 37-68 97TH Street LLC does not have a parent corporation, nor is there any publicly held corporation that owns 10 percent or more of its stock.

Dated: August 23, 2022
    Orangeburg, NY

              **GREENWALD DOHERTY LLP**

            By:  /s/ *George Vallas*
               George D. Vallas, Esq.
               30 Ramland Road, Suite 201
               Orangeburg, New York 10962
               GV@GreenwaldLLP.com
               *Attorneys for Defendants*