# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                                                  Tel: 718-740-1000
Email: abdul@abdulhassan.com                                                                     Fax: 718-740-2000
*Employment and Labor Lawyer*                                                              Web: www.abdulhassan.com

August 26, 2022

**Via ECF**

Hon. Brian M. Cogan, USDJ
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY 11201

<u>Re: Saltos Jaramillo v. NYC American Management Inc. et al.</u>
Case No. 22-CV-04493 (BMC)
**Request for Referral to Mediation Program**

Dear Judge Cogan:

      My firm represents plaintiff in the above-referenced action, and I respectfully write on behalf of both sides to request that the Court – subject to Your Honor's approval, refer the case to mediation through this Court's program. This request is being made because the parties have engaged in some settlement discussions and believe mediation would be helpful in getting the case resolved. If the case is settled, we will promptly notify the Court – the parties have already agreed on a mediator (Mr. Roger Briton), and will promptly schedule and participate in the mediation process.

      We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

1